Certificate Number: 03088-NJ-DE-033540754

Bankruptcy Case Number: 19-23831



03088-NJ-DE-033540754

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 11, 2019</u>, at <u>12:32</u> o'clock <u>PM CDT</u>, <u>Patricia H Laird</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>October 11, 2019</u>           By:   <u>/s/Edna Medrano</u>

                                    Name:  <u>Edna Medrano</u>

                                    Title:  <u>Counselor</u>