Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 19-23831 (JNP)**

Patricia H. Laird  
398 Walnut Street Road  
Salem, NJ  08079

Monthly Payment: $750.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/15/2019 | $750.00 | 09/04/2019 | $750.00 | 10/02/2019 | $750.00 | 11/04/2019 | $750.00 |
| 12/02/2019 | $750.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA H. LAIRD | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $3,451.50 | $898.50 | $2,760.00 |
| 1 | AAA FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $7,982.15 | $0.00 | $7,982.15 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | 33 | $7,976.17 | $0.00 | $7,976.17 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $4,597.85 | $0.00 | $4,597.85 | $0.00 |
| 6 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,735.93 | $0.00 | $1,735.93 | $0.00 |
| 7 | SEARS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,604.62 | $0.00 | $3,604.62 | $0.00 |
| 9 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | U.S. BANK, N.A. | 33 | $4,311.79 | $0.00 | $4,311.79 | $0.00 |
| 12 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | VERIZON BY AMERICAN INFOSOURCE | 33 | $304.58 | $0.00 | $304.58 | $0.00 |
| 15 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 60.00 | $750.00 |
| 08/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $3,750.00 |
| Total paid to creditors this period: | $2,760.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $750.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**